UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PRESTON G. DEMOUCHETTE, JR. (#90331)

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

NO. 15-159-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated May 26, 2015 (doc. no. 2) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the petitioner's Writ of Habeas Corpus; (ad testificandum); (et-seq) is DISMISSED for failure to state a claim cognizable in a federal habeas corpus action, and alternatively to the extent that his petition is interpreted to state a claim for relief cognizable in a federal habeas corpus action, for failure to exhaust state remedies.

Baton Rouge, Louisiana, this 17th day of June, 2015.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA